**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS (AFFF) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2873 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Undersigned counsel Eric P. Gotting hereby provides this notice of withdrawal as co-counsel for Defendant Archroma Management LLC in the action styled *Hardwick v. 3M Company, et al.*, S.D. Ohio, 2:18-cv-01185.

Dated:  December 31, 2019              Respectfully submitted,

                                                                     */s/ Eric P. Gotting*
                                                                     Eric P. Gotting
                                                                     *ADMITTED PRO HAC VICE*
                                                                     Keller and Heckman LLP
                                                                     1001 G Street NW, Suite 500 West
                                                                     Washington, D.C. 20001
                                                                     Phone: (202) 434-4100
                                                                     Facsimile: (202) 434-4646
                                                                     gotting@khlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2019, a true and correct copy of the Notice of Withdrawal of Appearance and Proof of Service were electronically transmitted to the Judicial Panel on Multidistrict Litigation using the CM/ECF system, which will send notification of such filing to all counsel of record at the email addresses they have provided to the Court.

/s/ *Eric P. Gotting*
Eric P. Gotting